## AMERICAN FRUIT GROWERS, Inc., et al., Appellants, v. George A. LUTTRING, Appellee.*
### No. 8834.

Court of Civil Appeals of Texas.
San Antonio.
May 4, 1932.

Rehearing Denied June 8, 1932.

Seabury, George & Taylor, of Brownsville, for appellants.

A. B. Crane and J. G. Foster, both of Raymondville, for appellee.

SMITH, J.

The questions raised in this appeal are identical in form and substance with those raised and this day decided in American Fruit Growers, Inc., et al., v. G. H. Sutherland (Tex. Civ. App.) 50 S.W.(2d) 898.

For the reasons given in the opinion in that case, the judgment in this case is reversed, and the cause remanded for further proceedings consistent with the law as announced in the other case.